UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Albert Russo
PO Box 4853
Trenton, NJ   08650
(609) 587-6888
Standing Chapter 13 Trustee

In re:

Sarwan Singh

Debtor(s)

Case No. 22-12002 / MBK

Hearing Date: May 25, 2022  10:00 am

Judge: Michael B. Kaplan

Chapter: 13

## TRUSTEE'S OBJECTION TO DEBTOR(S) CHAPTER 13 PLAN

Albert Russo, Standing Chapter 13 Trustee, objects to the Debtor(s) Plan for the following reason(s):

**The current Plan does not specify treatment of BMO Harris Bank NA under the Plan.**

**The Plan provides for payment on unsecured claims of less than that which would be distributed upon liquidation under Chapter 7, as prohibited by 11 U.S.C. § 1325(a)(4): - Debtors bank account balance as of the date of filing is $17,486.52, and debtor's half is $8,743.23 (joint acct with non-filing spouse). After exemption there is $1,016.76 non-exempt equity. Schedule B only reports balance of $7,726.50. As a result, there must be a $1,016 minimum dividend to general unsecured creditors.**

**The debtor's Plan proposes an order of distribution that is contrary to the Trustee's recommended order of distribution, and does not provide for equal monthly payments as required by §1325(a)(5)(iii)(I).**

**-BMO Harris Bank NA filed a secured claim for a judgment, listed in schedules as an unsecured claim.**

WHEREFORE, Standing Chapter 13 Trustee, Albert Russo, objects to confirmation of the plan.

/s/   Albert Russo
Albert Russo
Standing Chapter 13 Trustee
by: David Martin, Staff Attorney